**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

MUSTAFA SALIH BABAN,           )
                                    )
        Plaintiff,           )
                                    )
v.                             )      Civil No. 3:08-0143
                                    )      Judge Trauger
UNITED STATES OF AMERICA,    )      Magistrate Judge Bryant
                                    )
        Defendant.       )

**O R D E R**

On August 26, 2008, the Magistrate Judge issued a Report and Recommendation (Docket No. 13), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's motion to dismiss is **GRANTED**, and this case is **DISMISSED AS MOOT**.

It is so **ORDERED.**

Enter this 9th day of September 2008.

_____
ALETA A. TRAUGER
U.S. District Judge